United States District Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JESUS JAVIER GONZALEZ ORTEGA,<br>"Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00808 |
| | § | |
| DAVID VENTURELLA, *et al.*,<br>"Respondents." | § | |
| | § | |

**<u>ORDER</u>**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), the "Magistrate Judge's Report and Recommendation" (Dkt. No. 4) ("R&R"), and "Petitioner's Objections to Magistrate Judge's Report and Recommendation" (Dkt. No. 5) ("Objections").

The R&R recommends that the Court: (1) deny the Petition and (2) direct the Clerk of Court to close this case. Dkt. No. 4 at 7. Petitioner timely filed objections. Dkt. No. 5.

When a party objects to a magistrate judge's report and recommendation, the Court reviews the matter de novo. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court hereby **OVERRULES** Petitioner's Objections (Dkt. No. 5) and **ADOPTS** the R&R (Dkt. No. 4).

Accordingly, the Petition (Dkt. No. 1) is **DENIED** and the Clerk of Court is **INSTRUCTED** to close this case.

SIGNED this October 19, 2026

Rolando Olvera
United States District Judge